**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

OLATUNDE A. VINCENT,

    Petitioner,

v.                                                           No. 2:26-cv-00104-JB-KK

PAM BONDI, ATTORNEY
GENERAL, *et al.*,

    Respondents.

### <u>ORDER TO FILE STATUS REPORT</u>

    **THIS MATTER** is before the Court *sua sponte* following a review of the record. On March 16, 2026 the Federal Respondents filed a status report indicating the Petitioner was scheduled to depart on a commercial flight to Nigeria before March 31, 2026. (Doc. 18.) The Federal Respondents are hereby ordered to file a status report no later than **Friday, April 3, 2026**, addressing whether in fact Petitioner has been removal to Nigeria, and if so, when. If Petitioner has not been removed to Nigeria and any changed circumstances have impacted this case, the Federal Respondents must address those circumstances in their status report.

    IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE